UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 1

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　　　　　Defendant. | **S U M M O N S**<br><br>Court No. 25-00188 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

　　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

　　　　　　　　　　　　　　　　　　　　　　　/s/ Mario Toscano
　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

## PROTEST

| Port(s) of Entry: Los Angeles | Center (if known): CEE004 |
|---|---|
| Protest Number: 2704-25-173081 | Date Protest Filed: 07/21/2025 |
| Importer: Cheer Rise | Date Protest Denied: 08/15/2025 |
| Category of Merchandise: Garments | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| D1410159556 | 5/31/2023 | 1/10/2025 | D1410186617 | 10/11/2023 | 1/10/2025 |
| | | | | | |
| | | | | | |
| | | | | | |

Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa Street, Suite 2388
Los Angeles, CA 90071
Tel: (213)630-8888 E-mail: elon@steinshostak.com
　　　Name, Address, Telephone Number
　　　and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 19 USC 1401a(f) | Not stated. Unknown, arbitrary or fictitious value. |
| Protest Claim: | Transaction Value 19 USC 1401a(b) | Transaction value as entered. |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Whether transaction value is the correct basis of appraisement.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Elon A. Pollack
_____
*Signature of Plaintiff's Attorney*

08/25/2025
_____
*Date*